```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  DOUGLAS F. McCORMICK
    Assistant United States Attorney
 3  Acting Chief, Santa Ana Branch
    JENNIFER L. WAIER
 4  Assistant United States Attorney
    California Bar Number:  209813
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3550
         Facsimile: (714) 338-3708
 7       E-mail:    Jennifer.Waier@usdoj.gov

 8  Attorney for Plaintiff
    United States of America
 9
```

                     UNITED STATES DISTRICT COURT

                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. SA CR 07-239-CJC |
|---|---|---|
| Plaintiff, | ) | STIPULATION REGARDING |
| | ) | CONTINUANCE OF SENTENCING DATE |
| v. | ) | |
| ADAM ZUCKERMAN, | ) | OLD SENTENCING DATE: |
| | ) | July 19, 2010 |
| Defendant. | ) | |
| | ) | NEW SENTENCING DATE: |
| | ) | July 11, 2011 |

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant ADAM ZUCKERMAN, by and through his counsel of record, John C. Hueston, as follows:

    1.  Defendant's sentencing hearing is currently scheduled for July 19, 2010 at 10:00 a.m.

1    2.  Defendant and the government are engaged in ongoing
2 discussion regarding matters that will significantly impact
3 defendant's sentencing.  In addition, defendant Zuckerman is
4 currently assisting the government pursuant to his plea
5 agreement.  The parties require additional time to conclude these
6 discussions and prepare position papers concerning sentencing.
7    3.   The parties believe it is in the best interest of the
8 case for defendant's sentencing date to be continued to
9 July 11, 2011 at 10:00 a.m.
10 IT IS SO STIPULATED.

```
                            ANDRÉ BIROTTE JR.
                            United States Attorney

                            DOUGLAS F. McCORMICK
                            Assistant United States Attorney
                            Acting Chief, Santa Ana Office


 5/14/10                     Jennifer L. Waier
DATE                        JENNIFER L. WAIER
                            Assistant United States Attorney
                            Attorneys for Plaintiff
                            United States of America


 5/14/10                    John C. Hueston/JLW
DATE                        JOHN C. HUESTON
                            Counsel for Defendant
                            ADAM ZUCKERMAN
```

2