ANDRÉ BIROTTE JR.
United States Attorney
DOUGLAS F. McCORMICK
Assistant United States Attorney
Acting Chief, Santa Ana Branch
JENNIFER L. WAIER
Assistant United States Attorney
California Bar Number: 209813
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3550
    Facsimile: (714) 338-3708
    E-mail:    Jennifer.Waier@usdoj.gov

Attorney for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. SA CR 07-239-CJC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING SENTENCING DATE |
| v. | |
| | OLD SENTENCING DATE: July 19, 2010 |
| ADAM ZUCKERMAN, | |
| Defendant. | NEW SENTENCING DATE: July 11, 2011 at 10:00 a.m. |

    IT IS HEREBY ORDERED THAT the sentencing hearing for defendant ADAM ZUCKERMAN, currently set for July 19, 2010 at 10:00 a.m. is vacated, and a new sentencing hearing is set for July 11, 2011 at 10:00 a.m.

                                     CORMAC J. CARNEY
                          UNITED STATES DISTRICT JUDGE